# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREG KIDA, et al.   : CIVIL ACTION
                    :
    v.              :
                    :
ECOWATER SYSTEMS LLC, et al.   : NO. 10-4319

## ORDER RE: MOTION TO QUASH

AND NOW, this 17th day of May, 2011, following consideration of Plaintiffs' Motion to Quash Defendants' Subpoena (ECF No. 18), and Defendants' response thereto (ECF No. 19), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the Motion to Quash is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-4319 Kida v Ecowater\Kida - Order Mot Quash.wpd