IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG KIDA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ECOWATER SYSTEMS LLC, et al. | : | NO. 10-4319 |

**ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

AND NOW, this 30th day of September, 2011, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. The Court is inclined to grant Defendants' Motion for Summary Judgment. However, the Court will decline to do so until Plaintiffs' attorney has had an opportunity to explain the deficiencies pointed out in the Memorandum. Even if the procedural deficiencies were to be excused, which the Court does not promise, the Plaintiffs must establish that Dr. Rios' testimony would satisfy Plaintiffs' burden of proof as to causation.

2. For this purpose, the Court will hold a hearing on Friday, October 14, 2011 at 2:00 p.m. in Courtroom 3A (3rd Floor).

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-4319 Kida v Ecowater\Kida - Order MSJ.wpd